UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINE MANAGEMENT, INC,

        Plaintiff,

-against-

COLONY INSURANCE COMPANY, et al.,

        Defendants.

22-CV-02407 (MKV) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/22

**BARBARA MOSES, United States Magistrate Judge.**

With the consent of the parties, the settlement conference scheduled for September 7, 2022 is hereby ADJOURNED *sine die*. The parties may contact the Court to reschedule a settlement conference after the decision on the pending motion for judgment on the pleadings.

Dated: New York, New York
       September 7, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**