**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PINE MANAGEMENT, INC.,

                Plaintiff,

-against-                              22 **CIVIL** 2407 (MKV)

                                                      **JUDGMENT**

COLONY INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 20, 2023, Defendant's motion for judgment on the pleadings is GRANTED. Judgment is entered for Colony dismissing the case; accordingly, the case is closed.

**Dated:**  New York, New York

       March 21, 2023

                                                         **RUBY J. KRAJICK**

                                                         _____
                                                            **Clerk of Court**

                                **BY:**     *K. Mango*

                                                            _____
                                                            **Deputy Clerk**